## JOEL THOMAS *versus* OLIVER W. MILLER

Journal Entries (1821): *Journal 3:* (1) Settled out of court *p. 200.

Papers in File: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return.

*1821 Calendar*, MS p. 36.